Case 3-03 CV 1804-P

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF DALLAS, TEXAS

## Amended

NORTHERN DISTRICT OF TEXAS
FILED
NOV 21 2003
CLERK, U.S. DISTRICT COURT
By ______
Deputy

Plaintiff §
Dallas Wayne Scott §
v. §
**2000 Tax Case against me** §
1. Mr. M. Kent Sims (Illegal Tax Judge) §
2. Lucille Davis, Court Clerk §
3. Linda Thomas, Appeals JuStice §
4. Joseph B. Morris Appeals Justice §
5. Mark Whittington Appeals Justice §
6. Jim Jackson Commissioner's Court §
7. Mike Cantrell Commissioner's Court §
8. John Willey Price Commissioner's Court §
9. Kenneth A. Mayfield Commissioner's Court §
**10. * Original 2000 case Lawyer Randall L. Shepherd** §
**11. * Original 2000 case Lawyer Ashley Carrol** §
**12. * Original 2000 case Lawyer David Berman** §
Case 02-4396-1 Dallas District Court §
13. Ovard 5th Judge floor Frank Crowley Building §
14. Bill Rhea Judge 16rd Judicial Court Judge §
15. Mary Murphy Judge 14th Judicial Court §
16. Quay F. Parker Judge 259th Judicial Court *** §
17 *** frown in to dismiss case §
18. Jana Prigmore Attorney §
19. Megan Hare Assistant Attorney §
20. Peter G Smith §
21. Melissa M. Morales §
**2002 tax case against me** §
22. C. David Filder §
23. Sheila Fuqua Carter . §
24. Linebarger . §
25. Goggan §
26. Blair §
27. Pena §
28. Simpson §
29. Edward Lopez Jr. §
30. Pamela Pope Johnson §
31. Pam Gidney Tax Richardson §
32. Alica Stepenson Tax R.I.S.D. §
34. David Childs Tax County of Dallas §
Defendant

DALLAS TEXAS

## Under Federal Rule 1988

Dallas Wayne Scott, an aggrieved party, having exercised due diligence to avail himself of all adequate administrative remedies. Comes now to Federal Court for Justice

**NOW COMES Plaintiff Dallas Wayne Scott, Sir Juris,** and files this complaint alleging that Defendants, acting as indivisibles not in office with deliberate indifference under color of state law subjected this Plaintiff or caused this Plaintiff to be subjected to a deprivation of rights secured by the Constitution would submit the following in support:

## PARTIES

Plaintiff, Dallas Wayne Scott at all times pertinent to this claim, lived in and on the land of Dallas County, Texas. Defendant: * Original tax case against me.

I. * M. Kent Sims pertinent At all times pertinent to this claim, Defendant, Mr. .M. Kent Sims, serving as a Temporary Judge in the Dallas County District Tax Court, Took an Oath to uphold Texas Constitution and the Texas Rules of court breaking his vows, making up his own rules, Meeting secretly with the Appeals Court Justices Broke Chapter 551 Open Meetings Law, Later the court clerk took the motion to Mr. Kent Sims to see if he could rule and he approved / accepted this Motion. Mr. .M. Kent Sims sat on the Motion for over a month in 2000 and another motion in 2002 for over two months and then said he did not have time to rule on a Motion. In his Temporary Position for four or more years. Took an Oath to Honor the Texas Constitution and the rules of this State and broke his vows.

2. Lucille Davis defendant At all times pertinent to this claim, Dallas County Tax Court Clerk Runs the Tax Court / Office while this temp judge is at home or she false-a-filed court records or was in charge of telling the other help to keep double set of books before the trial then after fill the file with junk paper and remove impartment documents broke nearly every Court Law on records, in her Position as court Clerk breaking State laws Breaking Court laws, making up her/they own rules as he/they see fit and acted in his individual and/or official capacity within the borders of Dallas County, Texas; Took an Oath to Honor the Texas Constitution and the rules of this State and broke his vows.

3. Linda Thomas At all times pertinent to this claim, 5th Court of Appeals Northern District of Texas. Chief Justice, Accepted my new Appeal Case on new information. Then sent a stay to the sheriff to stop the sale of my home. I was informed by two clerks in the Appeals department how to fill out the form correctly for information only to be ruled on, As I explained to them my file had been destroyed, evidence removed by the tax Judge. The Appellate Clerk (lady) checked with a justice and returned. We filled it out she took it back to certify correctness; I waited so I knew the form was correct. Every thing from identified the tax court gave them case number in a box dawned around to signify reference only. The Justice hat told the clerk and new information laid out correctly. ) Appeals Court Chief Justice Linda Thomas waited over three months made a ruling on nothing "quoting they can not find the trial court file. And I waited over one year from the trial "well when the sheriff is go to sell your house it is time" Because of all the corruption in the trial and a Waiver in Tort sent to every one involved by me that this case is go to correct. Took an Oath to Honor the Texas Constitution and the rules of this State and broke his vows.

4. Joseph B. Morris, at all times pertinent to this claim, of 5th Court of Appeals in the Northern District of Texas. Accepted my new Appeal Case, on new information. Then sent a stay to the sheriff to stop sale of my residents. I was informed by two clerks in the Appeals department how to fill out correctly for new information only to be ruled on. And I waited over one year from the trial "well when the sheriff is go to sell your house it is time" Because of all the corruption in the trial and a Waiver in Tort sent to every one involved by me that this case giving a grace period to correct the illegal actions. Took an Oath to Honor the Texas Constitution and the rules of this State and broke his vows.

5. Mark Whittington at all times pertinent to this claim, of 5th Court of Appeals in the Northern District of Texas. Accepted my new Appeal Case, on new information. Then sent a stay to the sheriff to stop sale of my residents. My proof no assessment on my property as the Texas Constitution requires. I was informed by two clerks in the Appeals department how to fill out correctly for new information only to be ruled on. As I explained to them my file had been destroyed evidence removed by the tax Judge. The Appellate Clerk (lady) checked with a justice and returned. We filled it out she took it back to certify correctness; I waited so I knew the form was correct. Every thing from identified the tax court gave them case number in a box dawned around to signify reference only. The Justice hat told the clerk and new information laid out correctly. Took an Oath to Honor the Texas Constitution and the rules of this State and broke his vows.

6. Jim Jackson at all times pertinent to this claim worked in Dallas County, Texas. Received a Waiver of Tort as a member of the commeasures Court reported all the corruption in the Dallas Tax Court and gave him time and grace he did nothing was named on original District court case and failed to respond. Took an Oath to Honor the Texas Constitution and the rules of this State and broke his vows.

7. Mike Cantrell at all times pertinent to this claim worked in Dallas County, Texas. Received a Waiver of Tort as a member of the commeasures Court reported all the corruption in the Dallas Tax Court and gave him time and grace he did nothing was named on original District court case and failed to respond.

8. John Willey Price at all times pertinent to this claim worked in Dallas County, Texas. Received a Waiver of Tort as a member of the commeasures Court reported all the corruption in the Dallas Tax Court and gave him time and grace he did nothing was named on original District court case and failed to respond. Took an Oath to Honor the Texas Constitution and the rules of this State and broke his vows.

9. Kenneth A. Mayfield at all times pertinent to this claim worked in Dallas County, Texas. Received a Waiver of Tort as a member of the commeasures Court reported all the corruption in the Dallas Tax Court and gave him time and grace he did nothing was named on original District court case and failed to respond Took an Oath to Honor the Texas Constitution and the rules of this State and broke his vows.

10. * 2000 Original case Lawyer **Randall L. Shepherd** pertinent to this claim worked in Dallas County, Texas. Took an Oath to Honor the Texas Constitution and the rules of this State and broke his vows. No one paid for the Case and no legal service to my residence.

11. * 2000Original case Lawyer **David Berman** pertinent to this claim worked in Dallas County, Texas. Pertinent to this claim worked in Dallas County, Texas. Took an Oath to Honor the Texas Constitution and the rules of this State and broke his vows. (No one paid for the case and no legal service to my residence)

12. * 2000 case Original case **Lawyer Ashley** pertinent to this claim worked in Dallas County, Texas. Took an Oath to Honor the Texas Constitution and the rules of this State and broke his vows. No one paid for the Case and no legal service to my residence.

13. Judge Ovard 5d1 floor Frank Crowley Building pertinent to this claim worked in Dallas County, Texas. Pertinent to this claim worked in Dallas County, Texas. Took an Oath to Honor the Texas Constitution and the rules of this State and broke his vows. At the Rule 18a meeting I brought up my Motion that Ken Sims did not rule on, six pages, Ovard said I found it Denied on the spot. He appointed Ken Sims. But he not the legal Judge over 600 commerce.

My case in District Court was a travesty of injustice after the judge was notified Federal Inability to pay says I can own a residence with a copy prier to his dismissal of the case. This was unlawfully deliberately dismissed, mystery Judge from west Texas no doubt a friend, which in the Dallas District court they make up their own rules, *** A Waiver of Tort is pre Knowledge telling the guilty to correct their ways.

14. Judge Bill Rhea 162nd Judicial Court pertinent to this claim worked in Dallas County, Texas. Took an Oath to Honor the Texas Constitution and the rules of this State and broke his vows

15. Judge Mary Murphy 14th Judicial Court pertinent to this claim worked in Dallas County, Texas. Took an Oath to Honor the Texas Constitution and the rules of this State and broke his vows.

16. Judge Quay F. Parker 259d1 Judicial Court pertinent to this claim worked in Dallas County, Texas, Took an Oath to Honor the Texas Constitution and the rules of this State and broke his vows.

17. Mystery Judge from West Texas flown in to dismiss case some county, Case was dismissed over Federal Rule 145 I filed a copy of rule 145 which I can own my residence of course the west Texas Judge does not read or look at anything I filed. He took an Oath to Honor the Texas Constitution and the rules of this State and broke his vows. Will name this with discovery.

18. Jana Prigmore Attorney pertinent to this claim worked in Dallas County, Texas. Took an Oath to Honor the Texas Constitution and the rules of this State and broke his vows.

19. Megan Hare assistant Attorney pertinent to this claim worked in Dallas County, Texas. Took an Oath to Honor the Texas Constitution and the rules of this State and broke his vows.

2O. Peter G Smith attorney pertinent to this claim worked in Dallas County, Texas. Took an Oath to Honor the Texas Constitution and the rules of this State and broke his vows. No one paid for either R.I.S.D. or Dallas County Case.

21. Melissa M. Morales pertinent to this claim worked in Dallas County, Texas. Took an Oath to Honor the Texas Constitution and the rules of this State and broke his vows.

22. C. David Filder pertinent to this claim worked in Dallas County, Texas. Took an Oath to Honor the Texas Constitution and the rules of this State and broke his vows. Sent Rule 12 and a copy of the Texas Supreme Court of Texas Approval of Rule 12 to prove legal standing in court. No answer turned in to court or sent to me no legal standing to represent his supposed client. No one paid for either R.I.S.D. or Dallas County Case.

23. Sheila Fuqua Carter Dallas County Lawyer et al ever lawyer associated or this office. Pertinent to this claim worked in Dallas County, Texas. Took an Oath to Honor the Texas Constitution and the rules of this State and broke his vows. I filed then Sent Rule 12 and a copy of the Texas Supreme court ruling on Rule 12, to all et al of the lawyers representing Dallas County to prove legal standing in court. No one answer filed anything to the court or sent to me no legal standing to represent his supposed client (representing Dallas County had a new lawyer each time we met No Rule 10 was ever filed or sent to me Texas Rules for District courts a or first meeting Man of color that forgot his name, and business cards, a Spanish man, women of color, No rule 10 transfer of attorney ever filed No one paid for either R.I.S.D. or DALLAS COUNTY case. Names will come in discovery for this office.

24. Linebarger, Dallas County Lawyer part of Carter's team pertinent to this claim worked in Dallas County, Texas. Took an Oath to Honor the Texas Constitution and the rules of this State and broke his vows. Sent Rule 12 and a copy of the Texas Supreme Court of Texas Approval of Rule 12 to prove legal standing in court. No answer turned in to court or sent to me no legal standing to represent his supposed client No one paid the filling fees for Dallas County or RtS.D. cases.

25. Goggan, Dallas County Lawyer part of Carter's Team pertinent to this claim worked in Dallas County, Texas. Took an Oath to Honor the Texas Constitution and the rules of this State and broke his vows. Sent Rule 12 and a copy of the Texas Supreme Court of Texas Approval of Rule 12 to prove legal standing in court. No answer turned in to court or sent to me no legal standing to represent his supposed client No one paid the filling fees for Dallas County or RI.S.D. cases.

26. Blair, Dallas County Lawyer Part of Carter's Team pertinent to this claim worked in Dallas County, Texas. Took an Oath to Honor the Texas Constitution and the rules of this State and broke his vows. Sent Rule 12 and a copy of the Texas Supreme Court of Texas Approval of Rule 12 to prove legal standing in court. No answer turned in to court or sent to me no legal standing to represent his supposed client. No one paid the filling fees for Dallas County or RI.S.D. cases

27. Pena, Dallas County Lawyer part of the Carter's Team pertinent to this claim worked in Dallas County, Texas. Took an Oath to Honor the Texas Constitution and the rules of this State and broke his vows. Sent Rule 12 and a copy of the Texas Supreme Court of Texas Approval of Rule 12 to prove legal standing in court. No answer turned in to court or sent to me no legal standing to represent his supposed client. No one paid the filling fees for Dallas County or R.I.S.D.both cases.
28. Dallas County Lawyer Simpson part of the Carter's Team pertinent to this claim worked in Dallas County, Texas. Filed in court then Sent to all Dallas County lawyers to prove legal standing in court. No answer turned in to court or sent to me, No legal standing to represent his supposed client. (No one paid the filling fees for Dallas County or R.I.S.D. cases)
29. Edward Lopez Jr. part of Carter's team pertinent to this claim worked in Dallas County, Texas. Filed in court then Sent to all Dallas County lawyers to prove legal standing in court. No answer turned in to court or sent to me, No legal standing to represent his supposed client. (No one paid the filling fees for Dallas County or R.I.S.D. cases)
30. Pauela Pope Johnson part of Carters' Team pertinent to this claim worked in Dallas County, Texas. Filed in court then Sent to all Dallas County lawyers to prove legal standing in court. No answer turned in to court or sent to me, No legal standing to represent his supposed client. (No one paid the filling fees for Dallas County or R.I.S.D. cases)
31. Pam Gidney Richardson Tax Collector her lawyer that could not / did not answer one Question to prove legal standing in court. I sent a certified letter asking for a copy of the bill per this tax case because this illegal court says I owe Taxes for 2000, and 2001, Pam Gidney has added 2002 and is threatening to put my residence for sale ifI don't pay. This was Extortion
32. Alica Stephenson RI.S.D. her lawyer that could not / did not answer one Question to prove legal standing in court sent a threatening demanding payment per the enclosed pill asking for a copy of the bill per this tax case be cause this illegal court says I owe Taxes for 2000, and 2001, Alica Stephenson has added 2002 and is threatening to put my residence for sale ifI don't pay. This is Extortion I sent to her by certify mail this illegal extortion, which she stole and did not pay the taxes.
33. David Childs Dallas County Tax Collector His Lawyer could not / did not answer one Question to prove legal standing in court. 1 asking for a copy of the bill per this tax case be cause this illegal court says I owe Taxes for 2000, and 2001, David Childs has added 2002 and is threatening to put my residence for sale ifI don't pay. This is Extortion

## CIVIL RIGHTS VIOLATIONS

Beginning on or about April 19, 1999 and continuing, Defendant's embarked on a series of actions with the specific intent of depriving this Plaintiff of his Civil Rights and the right to be secured from unlawful acts without due process of law. This illegal action caused this Plaintiff to be deprived of the right to be secured from unreasonable seizure without due process of law.
01.Three or four weeks before the original "trial", I asked to see my file in Tax Court it contained David Berman representing the City of Richardson Tax Department only.
02. After the "Trial" I returned to view my file again this time there were undelivered returned to the file, from Richardson Independent School District and Dallas County. One unsigned, one stamped by a court clerk with the name of the Judge. No legal service on either to me. One given to a constable the constable gave it back undelivered shows cannot find address. (He has a problem)
03. Intervention's forms that were never in my file before the trail. But were in the file after the trial "Double Files" 04. Before the case no intervention in my file, after the case undelivered intervention paperwork. "Double Files" 05. Notice of Trial was never served on Dallas Wayne Scott at 636 Nottingham Dr. Richardson, Texas
06. Dallas County Lawyers were in violation of the law to be present at the trial. Intervention Form never signed intervention Forms was never service on the plaintiff.
07. Richardson Independent School District Lawyers were in violation of the law to be preset at the trial. Intervention Form never signed, Intervention Forms was never service on the plaintiff.
08. During the "trail " Mr. Kent Sims Denied overruled a subpoena for the security of Richardson that was turned two weeks before the court sheet that I received says end of paper work.
09. Mr. Kent Sims allowed Dallas County Lawyers and Richardson Independent Lawyers, into the court without signed or served intervention letters delivered to me.
010. Mr .Kent Sims allowed the Dallas Lawyer to give him a bill over my objection I did not receive service. (1 am to receive a copy before any thing is given to any judge.
011.Mr .Kent Sims Represented himself as a Temp Judge. He the only Judge in Dallas County Tax Court for the last four years that I Know about.
0 12. Mr .Kent Sims Quoted "you turned your paperwork in to late all is trash " a copy of court rules for the tax court says every thing must be turned one hour before quitting the day before the trail. My Civil Rights were stolen.
013. The Case Jacket must be kept intact Kent Simms has instructed his staff to ignore The Texas Constitution.
014. When I appealed the "Tax Case" the first time on the case itself. The First Appeal failed because ofa Federal Poverty Form (1 was informed that although the official decision amperes lawful. The Appeals Court routinely under color of law to steal the rights of the citizens of Dallas County Routinely.
015. When I appealed the Case, I ask to see my file it was not in records. The tax court was working on it they added at

At all times pertinent to this claim Defendant, County Commissioner's, responsibility to the citizens ofDallas to ensure fair lawful court system under him self. Label for the actions of lower courts under their control, Dallas County Appeals Court and the all conspire to break laws protecting Citizens Rights under the Texas Constitution acted in his individual capacity within the Dallas County, Texas.

34. Two Identical tax Cases against me for the years of2000 /2001 Taxes, all lawyers were sent a Rule 12 to prove they were legally to represent there clients None answered. The Texas Supreme Court of Texas stated that No judge, city to Federal can not ignore Rule 12, But Mr. Judge Ken Sims did.

35. All lawyers were sent Discoveries pertinent to the case the lawyers were speechless Judge Ken Sims said overruled.

36. I filed and court stamp the following a week later it was not in my file then I and a friend explained that their breaking the law not filing and before us she bunched the holes and put a copy oh top on both cases.

This Notice was not filed by Lucille the first time, I went down a week later and it was not anywhere (both cases) I took a friend and made sure it was the top paper on each file. Copy on page five.

"NOTICE of Desire to pay all Fines, Fees, Costs, and Penalties I, Dallas Wayne Scott, Accused, give this my "Notice of Desire to pay all fines , fees, costs, taxes and penalties"

**However, due to the Constitution of the United States of America**, at Article 1, Section 10, Clause 1, which mandates that "No state shall make any thing but gold and silver coin a tender in payment of debts", said clause remaining UNREPEALED to date, and,

**Due to the Texas Code of Criminal Procedure at Article 43.02**, which states that all fines, taxes, penalties, and remembrances "shall be collected in the lawful money of the United states only and in Vernon's Annotated specifically prohibits the use of promissory notes in Texas, said Article remaining UNREPEALED to date, and,

**Due to Federal Law, Title 12, Section 152**, which defines "Lawful Money of the United States" to ONLY be "gold coin" and "silver coin", said section remaining UNREPEALED to date and, Due to 48 Stat. 2, (Match 09, 1933) and 48 Stat, 113, (June 05, 1933) all gold coin was removed from" Common circulation, at par, at the banks in America, said Statutes' remaining UNREPEALED to date,

**Joint Resolution H.J. Res. 192** filed a copy which states that all fines, taxes, penalties, and remembrances "shall be collected in the lawful money of the United states only and in Vernon's Annotated specifically prohibits the use of promissory notes in Texas, said Article remaining UNREPEALED to date, and,

Due to Federal Law, Title 12, Section 152, which defines "Lawful Money of the United States" to ONLY be "gold coin" and "silver coin", said section remaining UNREPEALED to date and,

Since Federal Reserve Notes, or checks or money orders payable only in Federal Reserve Notes are not within the definition of those things allowed by law to be received by, the court, any threat for "failure to pay" those things will be deemed to be an attempt to solicit an honorarium in violation of Texas Penal Code, Title 8, Section 39.07 or 36.08.

This is neither contempt nor default but merely a declaration that until Congress returns America to a Constitutional monetary system it, is impossible for me to pay fines, and IMPOSSIBILIUM NULLA OBLIGATION EST that is; There is no legation to do impossible things. I AM CONSTRAINED BY THE LAW FROM PAYING fine, fee, cost, Taxes or penalty.

35. R.I.S.D. Lawyer wrote under forced under treat of selling my residence to send in payment and the bill from each added a year illegally.

## Relief (amended)

The State of Texas requires all Public Officials to have Insurance coverage of Million.
Original Dallas District Case 2000 Illegally dismissed (Good old boys club) each year since

1. I was suing all defendants for $ 9,990.000.00, Personal $ 10.000 Professional 1997 (Ist Million)

2. I was suing all defendants for $ 9,990.000.00, Personal $ 10.000 Professional 1998 (2nd Million)

3. I was suing all defendants for $ 9,990.000.00, Personal $ 10.000 Professional 1999 (3rd Million)

4. I was suing all defendants for $ 9,990.000.00, Personal $ 10.000 Professional 2000 (4rd Million)

5. I was suing all defendants for $ 9,990.000.00, Personal $ 10.000 Professional 2001 (5rd Million)

6. I was suing all defendants for $ 9,990.000.00, Personal $ 10.000 Professional 2002 (6rd Million)

7. I was suing all defendants for $ 9,990.000.00, Personal $ 10.000 Professional 2003 (7rd Million)

Declaratory and injunctive relief against those Defendants operating in their Business Personal Cap to cease and desist from all actions resulting in the deprivation of laws secured by the Constitution or laws of the United States;
Sworn and subscribed before me, signed this November 21,2003. I, Dallas Wayne Scott having first hand knowledge of the facts herein and being competent to testify, do affirm that the facts herein are true, correct, complete, and not-misleading, and are stated under the penalties of perjury in accordance with the finding of Briscoe v. La Hue. Respectfully submitted by:

Dallas Wayne Scott
638 Nottingham Dr.
Richardson, Texas 75080 972-907-0587

Notary in and for the State of Texas

JAY LARRY WILLIAMS
Notary Public, State of Texas
My Commission Expires
August 11, 2004